1  HOLLY E. CHEONG, ESQ.
   Nevada Bar No. 11936
2  TROUTMAN PEPPER LOCKE LLP
   8985 S. Eastern Ave., Ste. 200
3  Las Vegas, NV 89123 (*Nevada Office*)

4  350 South Grand Avenue, Ste. 3400
   Los Angeles, CA 90071 (*Los Angeles Office*)
5  Tele: (213) 928-9800
   Fax: (213) 923-9850
6  holly.cheong@troutman.com

7  *Counsel for PHH Mortgage Corporation, successor*
   *by merger to Ocwen Loan Servicing, LLC*
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| LYNN WILLIAMS, | Case No.: 2:24-cv-02293-JCM-EJY |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; and OCWEN LOAN SERVICING, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC ("PHH")[1], and Plaintiff Lynn Williams ("Plaintiff") (collectively with PHH, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint on December 11, 2024;

2. PHH was served with the Complaint on March 31, 2025;

---
[1] The Complaint named Ocwen Loan Servicing, LLC. On June 1, 2019, Ocwen Loan Servicing, LLC merged with PHH Mortgage Corporation.

3. PHH's deadline to answer or respond to Plaintiff's Complaint is April 21, 2025;

4. PHH has requested, and Plaintiff has consented to, an additional thirty (30) days for PHH to file an Answer or otherwise respond to the Complaint;

5. An additional thirty (30) days for PHH to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6. Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow PHH to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7. Pursuant to Local Rule IA 6-1 and 7, Plaintiff and PHH agree that PHH shall have up to and including May 21, 2025 to file a responsive pleading to Plaintiff's Complaint;

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant PHH Mortgage Corporation shall have up to and including May 21, 2025 to file an Answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: April 21, 2025

*/s/ Holly E. Cheong*
Holly E. Cheong, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
T: (213) 928-9800
holly.cheong@troutman.com
*Counsel for PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC*

*/s/ Gerardo Avalos w/permission*
Gerardo Avalos, ESQ.
George Haines, ESQ.
Freedom Law Firm
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
T: (702) 880-5554
gavalos@freedomlegalteam.com
*Counsel for Plaintiff Lynn Williams*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   April 21, 2025

- 3 -