George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Lynn Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lynn Williams,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; and Ocwen Loan Servicing, LLC,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-02293<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice.** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lynn Williams and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///

///

///

_____

STIPULATION　　　　　　　　　　　　- 1 -

      Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 13, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Lynn Williams*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 16, 2025

STIPULATION      - 2 -