George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Lynn Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lynn Williams,<br><br>           Plaintiff,<br>    v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>National Consumer Telecom & Utilities<br>Exchange, Inc.; Clarity Services, Inc.;<br>and Ocwen Loan Servicing, LLC,<br><br>           Defendants. | Case No.: 2:24-cv-02293<br><br>**Stipulation for dismissal of Ocwen Loan Servicing, LLC with prejudice.** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lynn Williams and Ocwen Loan Servicing, LLC stipulate to dismiss Plaintiff's claims against Ocwen Loan Servicing, LLC with prejudice.

///

///

///

_____

STIPULATION                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 8, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Lynn Williams*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Holly E. Cheong*
Holly E. Cheong, Esq.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Counsel for PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 11, 2025